**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Colleen M Pfaff a/k/a Colleen Garomon     CHAPTER 13
         Brian W Pfaff

                 Debtor(s)     BKY. NO. 23-13737 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of AVAIL HOLDING LLC and index same on the master mailing list.

                                         Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
31 Jan 2024, 09:19:28, EST

         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         (215) 627-1322

Document ID: c815a1cf292da63b39e56083e31399ca0db14e5da2e0bc98e923d5cff872c5ac