IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: COLLEEN M. PFAFF<br>　　　BRIAN W. PFAFF<br>　　　**Debtor(s)** | )<br>)<br>) CHAPTER 13<br>) |
| UNIVEST BANK AND TRUST CO.<br>　　　**Moving Party** | ) Case No.: 23-13737 (PMM)<br>)<br>) |
| v. | ) |
| COLLEEN M. PFAFF<br>BRIAN W. PFAFF<br>　　　**Respondent(s)** | )<br>)<br>) |
| KENNETH E. WEST<br>　　　**Trustee** | )<br>) |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Univest Bank and Trust Co. and the Debtors, filed on or about March 25, 2024 in the above matter is APPROVED.

Dated: **March 28, 2024**

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*Patricia M. Mayer*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE