United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Colleen M Pfaff  
Brian W Pfaff  
    Debtors

Case No. 23-13737-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Mar 28, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Colleen M Pfaff, Brian W Pfaff, 4536 Summerhill Drive, Doylestown, PA 18902-8802 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:

**Name**      **Email Address**

ANDREW M. LUBIN  
     on behalf of Creditor BANK OF AMERICA  N.A nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

BRAD J. SADEK  
     on behalf of Debtor Colleen M Pfaff brad@sadeklaw.com  
     bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK  
     on behalf of Joint Debtor Brian W Pfaff brad@sadeklaw.com  
     bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

KENNETH E. WEST  
     ecfemails@ph13trustee.com  philaecf@gmail.com

MARISA MYERS COHEN  
     on behalf of Creditor BANK OF AMERICA  N.A ecfmail@mwc-law.com, mcohen@mwc-law.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 28, 2024 | Form ID: pdf900 | Total Noticed: 1

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor AVAIL HOLDING LLC mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Univest Bank and Trust Co. wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: COLLEEN M. PFAFF | ) |
|     BRIAN W. PFAFF | ) |
|     **Debtor(s)** | ) CHAPTER 13 |
| | ) |
| UNIVEST BANK AND TRUST CO. | ) Case No.: 23-13737 (PMM) |
|     **Moving Party** | ) |
| | ) |
|     v. | ) |
| | ) |
| COLLEEN M. PFAFF | ) |
| BRIAN W. PFAFF | ) |
|     **Respondent(s)** | ) |
| | ) |
| KENNETH E. WEST | ) |
|     **Trustee** | ) |
| | ) |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Univest Bank and Trust Co. and the Debtors, filed on or about March 25, 2024 in the above matter is APPROVED.

Dated: **March 28, 2024**

BY THE COURT:

_Patricia M. Mayer_
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE