UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter 13
    COLLEEN M PFAFF                            Bankruptcy No.23-13737-PMM
    BRIAN W PFAFF

          Debtors

CERTIFICATE OF SERVICE

    I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the

above-referenced case has been served this 2nd day of April, 2024, by first class mail upon those

listed below:

COLLEEN M PFAFF
BRIAN W PFAFF
4536 SUMMERHILL DRIVE
DOYLESTOWN, PA  18901

**Electronically via CM/ECF System Only:**

BRAD J. SADEK ESQ

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

                    */s/ Kenneth E. West, Esq.*
                    Kenneth E. West, Esq.
                    Standing Chapter 13 Trustee