# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Colleen M. Pfaff a/k/a Colleen Garomon<br>Brian W. Pfaff<br>　　　　　　　　　Debtors | CHAPTER 13 |
| AVAIL HOLDING LLC, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　　vs.<br>Colleen M. Pfaff a/k/a Colleen Garomon<br>Brian W. Pfaff<br>　　　　　　　　　Debtors<br><br>Kenneth E. West<br>　　　　　　　　　Trustee | NO. 23-13737 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of AVAIL HOLDING LLC, which was filed with the Court on or about February 26, 2024.

Dated: <u>April 11, 2024</u>

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　<u>/s/Michael P. Farrington</u>
　　　　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com