*Form 242* (3/23)–doc 36 – 30, 31, 34, 35

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Colleen M Pfaff ) | Case No. 23–13737–pmm |
|    aka Colleen Garomon ) | |
| ) | |
|    Brian W Pfaff ) | Chapter: 13 |
| ) | |
|    Debtor(s). ) | |

## NOTICE OF INACCURATE FILING

Re: Doc.# [30] Objection to Claim, [31] Notice of objection to claim, [34] Objection to Claim, [35] Notice of objection to claim

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☑ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☐ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☐ Other: The case numbers on these documents are incorrect: #30 & #31 have 21–13737/#34 & #35 have 24–13737

In order for this matter to proceed, please submit the above noted correction on or before April 30, 2024, otherwise, the matter will be referred to the Court.

Date: April 16, 2024

For The Court

Timothy B. McGrath
Clerk of Court