**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| Colleen M Pfaff | : | Chapter 13 |
| Brian W Pfaff | : | Case No.: 23-13737-PMM |
| Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK:**

Kindly withdraw the Objection to Claim Number 1 by Claimant Discover Bank filed on April 15, 2024; Docket Entry #30.

Dated:  April 29, 2024                              /s/ Brad J. Sadek
                                                                    Brad J. Sadek, Esq.
                                                                    Attorney for Debtor(s)