### IN THE UNITED STATES BANKRUPTCY COURT
### OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Colleen M Pfaff | : | Chapter 13 |
| Brian W Pfaff | : | Case No.: 23-13737-PMM |
| Debtor(s) | : | |

## **PRAECIPE TO WITHDRAW**

**TO THE CLERK:**

    Kindly withdraw the Notice of Objection to claim *1-1 (Discover Bank)* filed on April 15, 2024; Docket Entry #31.

Dated:  April 29, 2024                                                                                               /s/ Brad J. Sadek
                                                                                                                                              Brad J. Sadek, Esq.
                                                                                                                                              Attorney for Debtor(s)