**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Colleen M Pfaff | : | Chapter 13 |
|    Brian W Pfaff | : | Case No.: 23-13737-PMM |
| Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK:**

Kindly withdraw the <u>Objection to Claim Number 4 by Claimant LVNV Funding, LLC</u> filed on April 15, 2024; <u>Docket Entry #34</u>.

Dated: <u>April 29, 2024</u>                                         /s/ Brad J. Sadek
                                                                                                      Brad J. Sadek, Esq.
                                                                                                      Attorney for Debtor(s)