IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Colleen M Pfaff | : | Chapter 13 |
| Brian W Pfaff | : | Case No.: 23-13737-PMM |
| Debtor(s) | : | |

## **PRAECIPE TO WITHDRAW**

**TO THE CLERK:**

Kindly withdraw the Notice of Objection to claim *4-1 (LVNV Funding, LLC)* filed on April 15, 2024; Docket Entry #35.


Dated: __April 29, 2024__                               /s/ Brad J. Sadek
                                                        Brad J. Sadek, Esq.
                                                        Attorney for Debtor(s)