# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Colleen M Pfaff | : | Chapter 13 |
|    Brian W Pfaff | : | |
| | : | Case No.: 23-13737-PMM |
|    Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

     I hereby certify that no answer, objection, or other responsive pleading has been filed in response to the *Objection to Claim #3-1* and respectfully request that the Order attached to the Objection be entered.

Dated: May 16, 2024                  /s/ Brad J. Sadek, Esquire
                                                      Brad J. Sadek, Esquire
                                                      Sadek and Cooper Law Offices, LLC
                                                      1500 JFK Boulevard Suite #220
                                                      Philadelphia, Pa 19102
                                                      215-545-0008