IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Colleen M Pfaff | : | Chapter 13 |
|    Brian W Pfaff | : | Case No.: 23-11180-amc |
|    Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Certificate of No Response filed on May 16, 2024; Docket Entry #45.


DATED: 5/20/2024　　　　　　　　　　　　　　　　　　　　　/s/ Brad J. Sadek
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Brad J. Sadek, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)