IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|   Colleen M Pfaff : | |
|   Brian W Pfaff : | Chapter 13 |
| : | |
|   Debtor(s) : | Case No.: 23-13737 PMM |

# **ORDER**

AND NOW, this  22nd  day of May                            , 2024, upon consideration of the Debtors' Objection to Proof of Claim #3-1, filed by LVNV FUNDING, LLC it is hereby:

ORDERED AND DECREED that Proof of Claim #3-1 is disallowed in its entirety.

*Patricia M. Mayer*

Dated:                   HONORABLE JUDGE PATRICIA M. MAYER
**May 22, 2024**            UNITED STATES BANKRUPTCY JUDGE