United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13737-pmm |
| Colleen M Pfaff | Chapter 13 |
| Brian W Pfaff | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 22, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Colleen M Pfaff, Brian W Pfaff, 4536 Summerhill Drive, Doylestown, PA 18902-8802 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2024            Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | |
| | on behalf of Creditor BANK OF AMERICA  N.A nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| BRAD J. SADEK | |
| | on behalf of Debtor Colleen M Pfaff brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | |
| | on behalf of Joint Debtor Brian W Pfaff brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARISA MYERS COHEN | |
| | on behalf of Creditor BANK OF AMERICA  N.A ecfmail@mwc-law.com, mcohen@mwc-law.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 22, 2024 | Form ID: pdf900 | Total Noticed: 1

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor AVAIL HOLDING LLC mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Univest Bank and Trust Co. wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    Colleen M Pfaff : | |
|    Brian W Pfaff : | Chapter 13 |
| : | |
|    Debtor(s) : | Case No.: 23-13737 PMM |

### ORDER

AND NOW, this 22nd day of May, 2024, upon consideration of the Debtors' Objection to Proof of Claim #3-1, filed by LVNV FUNDING, LLC it is hereby:

ORDERED AND DECREED that Proof of Claim #3-1 is disallowed in its entirety.

Dated:
**May 22, 2024**

HONORABLE JUDGE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE