IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Colleen M Pfaff | : | |
| Brian W Pfaff | : | Chapter  13 |
| | : | |
| Debtor(s) | : | Case No.: 23-13737-PMM |

## **ORDER**

AND NOW, this <u>5th</u> day of <u>June</u>, 2024, upon consideration of the Debtors' Objection to Proof of Claim #1-1, filed by DISCOVER BANK it is hereby:

ORDERED AND DECREED that Proof of Claim #1-1 is disallowed in its entirety.

Dated:
**June 5, 2024**

HONORABLE JUDGE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE