IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|   Colleen M Pfaff : | |
|   Brian W Pfaff : | Chapter 13 |
| : | |
|   Debtor(s) : | Case No.: 23-13737-PMM |

## **ORDER**

AND NOW, this 5th day of June, 2024, upon consideration of the Debtors' Objection to Proof of Claim #4-1, filed by LVNV FUNDING, LLC it is hereby:

ORDERED AND DECREED that Proof of Claim #4-1 is disallowed in its entirety.

_Patricia M. Mayer_

Dated:  
**June 5, 2024**

HONORABLE JUDGE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE