United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Colleen M Pfaff  
Brian W Pfaff  
    Debtors

Case No. 23-13737-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 06, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Colleen M Pfaff, Brian W Pfaff, 4536 Summerhill Drive, Doylestown, PA 18902-8802 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 08, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2024 at the address(es) listed below:

**Name**      **Email Address**

ANDREW M. LUBIN  
     on behalf of Creditor BANK OF AMERICA N.A nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

BRAD J. SADEK  
     on behalf of Debtor Colleen M Pfaff brad@sadeklaw.com  
     bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK  
     on behalf of Joint Debtor Brian W Pfaff brad@sadeklaw.com  
     bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON  
     on behalf of Creditor AVAIL HOLDING LLC bkgroup@kmllawgroup.com

KENNETH E. WEST  
     ecfemails@ph13trustee.com philaecf@gmail.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 06, 2024 | Form ID: pdf900 | Total Noticed: 1

MARISA MYERS COHEN
    on behalf of Creditor BANK OF AMERICA N.A ecfmail@mwc-law.com, mcohen@mwc-law.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Univest Bank and Trust Co. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Colleen M Pfaff | : | |
| Brian W Pfaff | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Case No.: 23-13737-PMM |

## ORDER

AND NOW, this  5th   day of June                              , 2024, upon consideration of the Debtors' Objection to Proof of Claim #4-1, filed by LVNV FUNDING, LLC it is hereby:

ORDERED AND DECREED that Proof of Claim #4-1 is disallowed in its entirety.

Dated:
**June 5, 2024**

HONORABLE JUDGE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE