United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-13737-pmm

Colleen M Pfaff                                                                           Chapter 13

Brian W Pfaff

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                    Page 1 of 3

Date Rcvd: Oct 22, 2024                           Form ID: 155                                   Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Colleen M Pfaff, Brian W Pfaff, 4536 Summerhill Drive, Doylestown, PA 18902-8802 |
| 14851317 | + | Avail Holding LLC, c/o Michael Farrington, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia PA 19106-1541 |
| 14839751 | + | Bank Of America, N.A., c/o Marisa Myers Cohen, 1420 Walnut Street, Suite 1501, Philadelphia, Pa 19102-4015 |
| 14837729 | | Bank of America, PO Box 961291, Fort Worth, TX 76161-0291 |
| 14837758 | + | Univest Bank & Trust C, 14 Main St, Souderton, PA 18964-1713 |
| 14892547 | + | Univest Bank and Trust Co., 16 Harbor Place, PO Box 197, Souderton, PA 18964-0197 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14837727 | | Email/Text: collectors@arresourcesinc.com | Oct 22 2024 23:48:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14848133 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 22 2024 23:48:00 | BANK OF AMERICA, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 14837728 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 22 2024 23:48:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14837730 | + | Email/Text: bankruptcy@cavps.com | Oct 22 2024 23:48:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14854842 | + | Email/Text: bankruptcy@cavps.com | Oct 22 2024 23:48:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14837732 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 22 2024 23:58:46 | Credit One Bank, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14841813 | | Email/Text: mrdiscen@discover.com | Oct 22 2024 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14837734 | + | Email/Text: mrdiscen@discover.com | Oct 22 2024 23:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14837735 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 22 2024 23:59:58 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850 |
| 14837737 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 22 2024 23:48:00 | Kohls/Capital ONe, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14837736 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 22 2024 23:48:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14849111 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2024 23:59:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14837738 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2024 23:59:03 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 22, 2024 | Form ID: 155 | Total Noticed: 30 |

| | | | |
| --- | --- | --- | --- |
| 14837739 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2024 23:58:45 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14837740 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 22 2024 23:48:00 | Midland Credit Management, Inc., 8875 Aero Drive, San Diego, CA 92123-2255 |
| 14850417 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 22 2024 23:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14837742 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 22 2024 23:48:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14837749 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2024 23:59:30 | Portfolio Recovery Associates, 140 Corporate Blvd., Norfolk, VA 23502 |
| 14837750 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2024 23:58:51 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14856239 | + Email/Text: BKMAIL@planethomelending.com | Oct 22 2024 23:48:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 14837746 | + Email/Text: BKMAIL@planethomelending.com | Oct 22 2024 23:48:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 14837747 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2024 23:59:56 | Portfolio Recovery & Affiliates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |
| 14837756 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 23:59:33 | Synchrony/Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 14837757 | + Email/Text: bncmail@w-legal.com | Oct 22 2024 23:48:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14837731 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14837733 | *+ | Credit One Bank, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14837741 | *+ | Midland Credit Management, Inc., 8875 Aero Drive, San Diego, CA 92123-2255 |
| 14837743 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14837744 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14837745 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14837751 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14837752 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14837753 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14837754 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14837755 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14837748 | *+ | Portfolio Recovery & Affiliates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 22, 2024 | Form ID: 155 | Total Noticed: 30 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2024                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor BANK OF AMERICA  N.A nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| BRAD J. SADEK | on behalf of Joint Debtor Brian W Pfaff brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor Colleen M Pfaff brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor AVAIL HOLDING LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor BANK OF AMERICA  N.A ecfmail@mwc-law.com, mcohen@mwc-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Univest Bank and Trust Co. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Colleen M Pfaff | ) | Case No. 23–13737–pmm |
|    aka Colleen Garomon | ) | |
| | ) | |
|    Brian W Pfaff | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 22, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court